IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

        Plaintiff,               No. CIV S-08-3018 GGH P

      vs.

H. SOLIMAN, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $19.91 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

1  preceding month's income credited to plaintiff's prison trust account. These payments will be
2  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
3  account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
4         Plaintiff alleges that defendants Soliman and Rappaport have forced him to take
5  psychotropic medication to which he is allergic. The complaint states a cognizable claim for
6  relief against defendants Soliman and Rappaport pursuant to 42 U.S.C. § 1983 and 28 U.S.C.
7  § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity
8  to prevail on the merits of this action.
9         Also named as a defendant is Magistrate Judge Drozd. Plaintiff alleges that
10  defendant Drozd wrongly dismissed one of his previously filed actions. Plaintiff seeks money
11  damages only. The claims against defendant Drozd are barred by judicial immunity. Ashelman
12  v. Pope, 793 F.d 1072, 1075 (9th Cir. 1986) (judges are immune from actions for damages based
13  on judicial acts). Because plaintiff cannot cure this pleading defect, the court will separately
14  recommend dismissal of the claims against defendant Drozd.
15         In accordance with the above, IT IS HEREBY ORDERED that:
16         1. Plaintiff's request for leave to proceed in forma pauperis is granted.
17         2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
18  Plaintiff is assessed an initial partial filing fee of $19.91. All fees shall be collected and paid in
19  accordance with this court's order to the Director of the California Department of Corrections
20  and Rehabilitation filed concurrently herewith.
21         3. Service is appropriate for the following defendants: Soliman, Rappaport.
22         4. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons,
23  an instruction sheet and a copy of the complaint filed December 12, 2008.
24         5. Within thirty days from the date of this order, plaintiff shall complete the
25  attached Notice of Submission of Documents and submit the following documents to the court:
26             a. The completed Notice of Submission of Documents;

           b.  One completed summons;

           c.  One completed USM-285 form for each defendant listed in number 3 above; and

           d.  Three copies of the endorsed complaint filed December 12, 2008.

      6.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: January 5, 2009

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

win3018.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                              No. CIV S-08-3018 GGH P

    vs.

H. SOLIMAN, et al.,                     NOTICE OF SUBMISSION

    Defendants.                        OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                    Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff