IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                    No. CIV S-08-3018 GGH P

    vs.

H. SOLIMAN, et al.,               ORDER AND

    Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately issued an order finding that the complaint states a colorable claim for relief against defendants Soliman and Rappaport. In that order, the court also found that the complaint failed to state a colorable claim for relief against Magistrate Judge Drozd. For the reasons stated in that order, the court now recommends dismissal of the claims against defendant Drozd.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this action;

        IT IS HEREBY RECOMMENDED that the claims against defendant Drozd contained in the complaint be dismissed.

/////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

DATED: January 5, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

win3018.56