IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,               No. CIV S-08-3018 LKK GGH P

    vs.

H. SOLIMAN, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 5, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, a summons, the USM-285 forms and copies of his complaint which are required to effect service on the defendants.  On January 9, 2009, plaintiff submitted the summons and USM-285 forms but failed to file the copies of his complaint.

/////

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff shall
2 submit to the court the three copies of the December 12, 2008, complaint required to effect
3 service.  Failure to return the copies within the specified time period will result in a
4 recommendation that this action be dismissed.
5 DATED: January 23, 2009

                                             /s/ Gregory G. Hollows

                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

GGH:kly
winf3018.8f