IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

     Plaintiff,                         No. CIV S-08-3018 LKK GGH P

    vs.

H. SOLIMAN, et al.,

     Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 5, 2009, the court found that plaintiff's complaint stated a colorable claim against defendants Soliman and Rappaport. The court ordered plaintiff to complete and return the forms necessary to effect service within thirty days.

        On January 9, 2009, plaintiff submitted the USM-285 forms and summons. However, he failed to submit three copies of the complaint. Accordingly, on January 23, 2009, the court granted plaintiff thirty days to submit the copies of the complaint.

        Plaintiff did not submit the copies of the complaint. Instead, he has filed several pleadings requesting the criminal prosecution of various prison officials. The court does not have the authority in a civil rights action to order criminal prosecutions. In several of his recent pleadings, plaintiff also alleges that prison officials are interfering with this action by slandering

1 | him. To the extent plaintiff seeks to amend his complaint to state a claim for slander, there is no
2 | civil rights action for slander. <u>Johnson v. Barker</u>, 799 F.2d 1396, 1399 (9th Cir. 1986).
3 |       The court will grant plaintiff one final opportunity to file three copies of the
4 | original complaint so that service of defendants Rappaport and Soliman may be effected. If
5 | plaintiff does not file the copies of the complaint, the court will recommend dismissal of this
6 | action.
7 |       Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from
8 | the date of this order to file three copies of the complaint filed December 12, 2008; failure to
9 | comply with this order will result in a recommendation of dismissal of this action.
10 | DATED: February 25, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

win3018.supp