1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11          Plaintiff,              No. CIV S-08-3018 LKK GGH P

12      vs.

13   H. SOLIMAN, et al.,

14          Defendants.          FINDINGS AND RECOMMENDATIONS

15   _____/

16          By an order filed February 26, 2008, plaintiff was ordered to file three copies of

17   the complaint within thirty days and was cautioned that failure to do so would result in a

18   recommendation that this action be dismissed.  The thirty day period has now expired, and

19   plaintiff has not responded to the court's order and has not filed the copies.  Accordingly, IT IS

20   HEREBY RECOMMENDED that this action be dismissed without prejudice.

21          These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23   days after being served with these findings and recommendations, any party may file written

24   objections with the court and serve a copy on all parties.  Such a document should be captioned

25   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

26   shall be served and filed within ten days after service of the objections.  The parties are advised

1  that failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: June 3, 2009

4

5                                                    /s/ Gregory G. Hollows

6  GGH:035                                           UNITED STATES MAGISTRATE JUDGE
   winf3018.dsm

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26